**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| ANDRES GOMEZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 0:17-cv-22949-KMM |
| v. ) | |
| ) | Hon. Judge K. Michael Moore |
| LUBY'S FUDDRUCKERS RESTAURANTS, ) | |
| LLC d/b/a FUDDRUCKERS d/b/a ) | |
| WWW.FUDDRUCKERS.COM, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL FOR
DEFENDANT, LUBY'S FUDDRUCKERS RESTAURANTS, LLC
D/B/A FUDDRUCKERS D/B/A WWW.FUDDRUCKERS.COM**

PLEASE TAKE NOTICE that the law firm of GrayRobinson, P.A., through undersigned counsel, hereby files its Notice of Appearance as Local Counsel for Defendant, Luby's Fuddruckers Restaurants, LLC d/b/a Fuddruckers d/b/a www.fuddruckers.com, and requests copies of all pleadings, court orders, documents, notices and other filings of record be forwarded to undersigned counsel.

DATED: August 25th, 2017.

        Respectfully submitted,

        Mark D. Schellhase, Esq.
        Florida Bar No.: 57103
        mark.schellhase@gray-robinson.com
        **GRAYROBINSON, P.A.**
        225 NE Mizner Boulevard
        Suite 500
        Boca Raton, FL 33432
        Telephone: 561-368-3808
        Facsimile: 561-368-4008

        /s/ *Mark D. Schellhase*

and

Jason A. Zimmerman, Esq.
Florida Bar No.: 104392
jason.zimmerman@gray-robinson.com
301 East Pine Street
Suite 1400
Orlando, Florida 32801
Telephone: 407-843-8880
Facsimile:  407-244-5690

Mark S. Eisen, Esq.
meisenbeneschlaw.com
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone:  312-212-4949
Facsimile:   312-767-9192

*Counsel for Defendant, Luby's Fuddruckers Restaurants, LLC d/b/a Fuddruckers d/b/a www.fuddruckers.com*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing NOTICE OF APPEARANCE AS LOCAL COUNSEL FOR DEFENDANT, LUBY'S FUDDRUCKERS RESTAURANTS, LLC d/b/a FUDDRUCKERS d/b/a WWW.FUDDRUCKERS.COM, was served upon all those that have filed appearance using this Court's ECF filing system this 25th day of August, 2017.

By: /s/ *Mark D. Schellhase*
Mark D. Schellhase

## SERVICE LIST

**Scott Richard Dinin, Esq.**
srd@dininlaw.com
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 413-1333
Facsimile: (786) 513-7700

*Via CM/ECF*
*Counsel for Defendant*