UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**Civil Action Number: 1:17-cv-22949-KMM**

ANDRES GOMEZ,

    Plaintiff,

vs.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
d/b/a Fuddruckers and
www.fuddruckers.com,

    Defendant.

---

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF COUNT II
AND MOTION FOR DISMISSAL WITH PREJUDICE OF COUNT II**

---

COMES NOW, Plaintiff Andres Gomez, by and through his undersigned counsel, and pursuant to Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal With Prejudice of Count II and Motion for Dismissal of Count II With Prejudice in the above styled case and hereby requests the Court to issue its Order of Dismissal With Prejudice of Count II.

Count II contains allegations of trespass by the Defendant due to the imposition of cookies and tracking devices within its www.fuddruckers.com Website.

Dismissal of Count II (and references within the Complaint to the Count of trespass) is appropriate with respect to F.R.C.P. Rule 41(a)(1)(A)(i) because the Defendant has not filed an answer or a motion for summary judgment.

Dismissal with prejudice is in accordance with F.R.C.P. Rule 41(a)(1).

The Plaintiff intends that Complaint consist of one count for adjudication by this Honorable Court being Count I, alleged violations by the Defendant of the Americans with

Disabilities Act.

## CERTIFICATION

Pursuant to the Federal and Rules of Civil Procedure and to Local Rule 7.1(a)(3), the undersigned hereby certifies that good faith effort to attempt to resolve this matter prior to the filing of this Motion. Counsel for the Defendant has not opposed the filing of this Motion.

WHEREFORE Plaintiff and Plaintiff's counsel respectfully request that the Court grant Plaintiff's Motion, dismiss Count II With Prejudice, thus leaving Count I for adjudication by this Honorable Court.

Dated this 31st day of August , 2017.

Respectfully Submitted,

*s/ Scott Dinin, Esq.*
Scott R. Dinin, Esq.
Law Office of Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
E-mail: inbox@dininlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August , 2017, I electronically filed the foregoing document with the Clerk of Court using CM/ECF system and as such a true and correct copy will be sent to each of the named attorneys for Defendant as follows:

Mark Schellhase, Esq.
**GRAY ROBINSON**
Mizner Park Office Tower
225 N.E. Mizner Blvd., Suite 500
Boca Raton, Florida 33432
Telephone: (561) 368-3808

2

Fax: (561) 368-4008
Email:  mark.schellhase@gray-robinson.com

Courtney C. Booth, Esq. (*pro hac vice* to be filed)
**BENESCH, FRIEDLANDER,COPLAN& ARONOFF LLP**
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email: cbooth@beneschlaw.com

*Counsel for Defendant Luby's Fuddruckers Restaurants, LLC*

*s/ Scott R. Dinin*