UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:17-cv-22949-KMM

ANDRES GOMEZ,

    Plaintiff,

vs.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
d/b/a Fuddruckers and
www.fuddruckers.com,

    Defendant.

---

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME FOR PLAINTIFF TO FILE RESPONSE IN OPPOSITION TO MOTION TO DISMISS PURSUANT TO RULE 12(B)(6) [DE #8] AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICATION [DE #9]**

---

Plaintiff Andres Gomez ("Plaintiff"), by and through his undersigned counsel and pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Local Rules of the U.S. District Court for the Southern District of Florida, hereby submits this Motion for Extension of Time for Plaintiff to File Response in Opposition to Defendant's of Motion to Dismiss Pursuant to Rule 12(b)(6) [DE #8], and Defendant's Motion to Dismiss for Lack of Personal Jurisdiction [DE #9] and in support thereof state as follows:

1. This is an action alleging, among other things, violations of the Americans with Disabilities Act. (*See* generally Complaint. [DE #1]).

2. On August 25, 2017 Defendant filed a Motion to Dismiss Pursuant to Rule 12(b)(6) [DE #8], wherein Plaintiff is required to file his Response in Opposition by September 8, 2017.

3. In addition, on the same date of August 25, 2017 Defendant filed a Motion to Dismiss for Lack of Personal Jurisdiction [DE #9], wherein Plaintiff is required to file his Response in Opposition by September 8, 2017.

4. Defendant's Motions to Dismiss are required to be responded to by Plaintiff during the time when South Florida is virtually shut down, as Hurricane Irma and Hurricane Jose are bearing down on South Florida. The offices of the undersigned are closed as are the Courts for hurricane preparedness and evacuation.

5. In addition to the unfortunate timeliness of the Hurricane Irma and Hurricane Jose, Defendant has raised multiple issues and citations which Plaintiff needs additional time to research, investigate, and respond.

6. For the reasons as stated, counsel for Plaintiff requires additional time to respond to Defendant's Motions to Dismiss[DE #8] and [DE #9] and respectfully requests an extension until October 6, 2017 to allow for proper presentation of response as well as for the ramifications of the upcoming hurricanes.

7. It is in the interest of justice, judicial economy, and understanding that the Court grant Plaintiff an extension of time to file his Response in Opposition to Defendant's Motions to Dismiss [DE #8] and [DE #9] until October 6, 2017.

8. Counsel for the Plaintiff conferred with counsel for the Defendant and said counsel does not oppose the filing of this motion.

WHEREFORE, Plaintiff Andres Gomez respectfully requests that this Court enter an Order granting an enlargement of time, through and including October 6, 2017 for Plaintiff to file his Response in Opposition to Defendant's Motions to Dismiss [DE #8] and [DE #9] and any further relief as this Court deems just and proper.

Dated: September 7, 2017

        Respectfully Submitted,

            */s/ Scott R. Dinin*
            Scott R. Dinin, Esq. (FBN 97780)
            Scott R. Dinin, P.A.
            4200 NW 7th Avenue
            Miami, Florida 33127
            Telephone: (786) 431-1333
            Email: inbox@dininlaw.com
            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

   **I HEREBY CERTIFY** that on September 7, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and as such will be sent to counsel for Defendant as follows:

Courtney C. Booth, Esq. (pro hac vice to be filed)
BENESCH, FRIEDLANDER,
COPLAN& ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email: cbooth@beneschlaw.com

Mark Schellhase, Esq.
GRAY ROBINSON
Mizner Park Office Tower
225 N.E. Mizner Blvd., Suite 500
Boca Raton, Florida 33432
Telephone: (561) 368-3808
Facsimile:  (561) 368-4008
Email: mark.schellhase@gray-robinson.com
*Counsel for Defendant*

            */s/ Scott R. Dinin*