**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Civil Action Number: 1:17-cv-22949-KMM

ANDRES GOMEZ,

    Plaintiff,

vs.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
d/b/a Fuddruckers and
www.fuddruckers.com,

    Defendant.

---

**PLAINTIFF'S INITIAL RULE 26 DISCLOSURE**
**PURSUANT TO FED.R.CIV.P. 26(a)(1)**

---

    Plaintiff Andres Gomez, by and through his undersigned counsel, files these Initial Disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and the Court's Order [D.E. #4].

**I.**     **Rule 26(a)(1)(A)(Witnesses):**

    The following individuals are known to the Plaintiff to be likely to have discoverable information relevant to disputed facts:

1. Andres Gomez
   1251 NW 20th Street Apt 705
   Miami, Florida 33142

   Subject: Barriers to access existing on the Defendant's Website www.fuddruckers.com, which is a place of public accommodation pursuant to 42 U.S.C. §12181(7)(B) and §12181(7)(E).

2. ADAsure, LLC, Plaintiff's expert
   Michael McCaffrey
   4310 W. Spruce Street, Apt. 115

Tampa, Florida 33607

Additional experts may be added during the discovery period/phase.

Subject: Barriers to access existing on the Defendant's Website www.fuddruckers.com.

II.    **Rule 26(a)(1)(B)(Documents):**

Description by category of documents, data or tangible things relevant to disputed facts (copy of documents provided to defendants):

None at this time, to be provided through discovery process through Expert Witness report.

III.   **Rule 26(a)(1)(C)(Damages):**

There are no other damages than attorney's fees, expenses, and costs.

IV.    **Rule 26(a)(1)(D)(Insurance):**

To the best knowledge of the Plaintiff, there are no insurance agreements relevant to this action.

Dated: September 19, 2017

Respectfully submitted,

*s/ Scott R. Dinin*
**Scott R. Dinin**
Law Offices of Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, FL 33127
Tel: (786) 431-1333
Fax: (786) 513-7700
Email: inbox@dininlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this September 19, 2017 a true and correct copy of the above has been filed with the Clerk of the Court using the CM/ECF system and will be served by CM/ECF to:

Courtney C. Booth, Esq. (pro hac vice to be filed)
BENESCH, FRIEDLANDER,
COPLAN& ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email: cbooth@beneschlaw.com

Mark Schellhase, Esq.
GRAY ROBINSON
Mizner Park Office Tower
225 N.E. Mizner Blvd., Suite 500
Boca Raton, Florida 33432
Telephone: (561) 368-3808
Facsimile:  (561) 368-4008
Email: mark.schellhase@gray-robinson.com

*Counsel for Defendant*

*s/ Scott R. Dinin*