UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:17-cv-22949-KMM

ANDRES GOMEZ,

    Plaintiff,

vs.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
d/b/a Fuddruckers and
www.fuddruckers.com,

    Defendant.

## JOINT SCHEDULING REPORT

Plaintiff, Andres Gomez ("Plaintiff") and Defendant Luby's Fuddruckers Restaurants, LLC (hereinafter, "Defendant"), through their respective undersigned counsel and pursuant to the Court's Order dated August 4, 2017 [D.E. # 4], Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1(b) respectfully file their Joint Scheduling Report and Proposed Scheduling Order.

**I. REPORT OF THE PARTIES' CONFERENCE PURSUANT TO RULE 15 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND LOCAL RULE 16.1(B)**

    **1. Likelihood of settlement:**

The Parties believe that there is a possibility of settlement of this case. The Parties have discussed resolution and agree to attempt to resolve this lawsuit in good faith. The Parties will promptly inform the Court if any settlement is reached.

    **2. Likelihood of appearance of additional parties:**

    None at this time.

**3.     Proposed limits on time:**

The Parties agree that this case should be placed on the **standard case management track**, and therefore agree to the time limits provided in the proposed Scheduling Order, attached to this report.

      i.    Join Parties and Amend Pleadings by December 4, 2017.

      ii.   All pre-trial motions should be filed no later than nine months following the Court's ruling on Defendant's motions to dismiss (D.E. # 8 and D.E. # 9.).

      iii.  Discovery should be completed no later than six months following the Court's ruling on Defendant's motions to dismiss (D.E. # 8 and D.E. # 9.).

Plaintiff shall disclose expert witnesses along with summaries required by Local Rule 16.1.K no later than three months following the Court's ruling on Defendant's motions to dismiss (D.E. # 8 and D.E. # 9.). Defendant shall disclose expert witnesses along with required summaries no later than one week following Plaintiff's expert witness disclosure. The Parties will disclose rebuttal expert witnesses along with summaries required by Local Rule 16.1 K no later than three weeks following Defendant's expert witness disclosure.

**4.     Proposals for the formulation and simplification of the issues:**

In order to minimize expense, the Parties propose that identical duplicate documents that are responsive to discovery requests need not be produced (however, documents that are different from each other in some respect, including through interlineations, stamps, notations, etc., shall be produced).  In addition, the Parties will attempt to meet and confer to resolve disputes to the extent practicable without the need for any court intervention.

5. **Necessity of Amendments to the Pleadings:**

At this time, Plaintiff does not anticipate any amendments to the pleadings. If either party does amend, said amendment will be filed in accordance with the rules of this Court.

6. **Possibility of obtaining admissions of facts and of documents:**

Counsel will meet after the applicable discovery cut-off date and the Pretrial Conference to discuss stipulations regarding the authenticity of documents and the need for advance rulings from the Court on the admissibility of evidence.

7. **Suggestions for the avoidance of unnecessary proof and cumulative evidence:**

The Parties will work together to try to obtain admissions of fact and of documents, electronically stored information or things, and stipulations regarding authenticity of documents, electronically stored information or things, in attempts to avoid the need for advance rulings from the Court on admissibility of evidence.

8. **Advisability of referring matters to a Magistrate Judge or master:**

The Parties have no objection to referring discovery motions to the Magistrate Judge assigned to this case. The Parties do not agree to trial before a Magistrate Judge.

9. **Preliminary estimate of time required for trial:**

The Parties estimate a three (3) day trial.

10. **Requested date(s) for conferences before trial, a final pretrial conference, and trial:**

The parties request a final Pretrial Conference on or no earlier than <u>ten months following the Court's ruling on Defendant's motions to dismiss</u> (D.E. # 8 and D.E. # 9) and a trial date on or no earlier than <u>two weeks thereafter.</u>

11. **Any other information helpful to the Court:**

Defendant has filed a Rule 12(b)(6) motion to dismiss for failure to state a claim and a Rule 12(b)(2) motion to dismiss for lack of jurisdiction, or in the alternative, to transfer the action to the Southern District of

3

Texas. (D.E. 8 and D.E. 9.) Plaintiff's deadline to oppose the motions was September 8, 2017. On September 7, 2017, Plaintiff requested, without opposition from Defendant, an extension for both response deadlines through and including October 6, 2017. (D.E. 16.) To date, the Court has not yet ruled on Plaintiff's requested extension. In light of the pending motion to dismiss for lack of jurisdiction, Defendant requests that the Court stay discovery until it determines whether it has jurisdiction over Plaintiff's claim.

**12.    Whether the Trial will be Jury or Non-Jury:**

The trial will be non-jury.

**13.    Good Faith Estimate of Valuation of Damages:**

At this juncture in the litigation, the Plaintiff is seeking injunctive relief and attorneys' fees and costs per Title III of the ADA, as delineated within Count I of the Complaint. Count II of the Complaint was voluntarily dismissed by Plaintiff, as per D.E. #12 and D.E. #14.

**14.    Need for Variance from Discovery Limitations:**

None at this time.

**II.    Joint Proposed Scheduling Order**

A Schedule jointly proposed by the Parties is attached.

RESPECTFULLY SUBMITTED on this 25th day of September, 2017.

*/s/ Scott R. Dinin*
Scott R. Dinin, Esq. (FBN 97780)
SCOTT R. DININ, P.A.
4200 NW Seventh Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile:  (786) 513-7700
E-Mail: inbox@dininlaw.com
*Attorney for Plaintiff*

*/s/ Courtney C. Booth*
Courtney C. Booth, Esq. (pro hac vice to be filed)
BENESCH, FRIEDLANDER,
COPLAN& ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile:  (312) 767-9192
Email: cbooth@beneschlaw.com

Mark Schellhase, Esq.
GRAY ROBINSON
Mizner Park Office Tower
225 N.E. Mizner Blvd., Suite 500
Boca Raton, Florida 33432
Telephone: (561) 368-3808
Facsimile:  (561) 368-4008
Email: mark.schellhase@gray-robinson.com

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number:  1:17-cv-22949-KMM

ANDRES GOMEZ,

    Plaintiff,

vs.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
d/b/a Fuddruckers and
www.fuddruckers.com,

    Defendant.

## JOINT PROPOSED SCHEDULING ORDER

THIS MATTER is set for trial during the one-week trial period beginning [no later than 10 months following the ruling on Defendant's motions to dismiss].  Calendar Call will be held at 9:00 a.m. on [two weeks before trial] at the United States Courthouse, 400 North Miami Avenue, Miami, Florida  33128.  A pretrial conference will be held immediately following calendar call only if requested by the parties in advance.

This case is placed on the standard case management track, and therefore the following timetable shall govern the pretrial procedure in this case.  The schedule shall not be modified absent compelling circumstances.

| Date | Action |
|---|---|
| December 4, 2017 | Joinder of additional parties and motions for class certification. |
| Three (3) Months Following Ruling on Motions to Dismiss | Plaintiff shall serve expert witness summaries and reports |
| One (1) Week Following Plaintiff's Expert Witness Disclosure | Parties shall exchange written lists containing the names and addresses of all fact witnesses intended to be called at trial and only those witnesses listed shall be permitted to testify. |

| | |
|---|---|
| One (1) Week Following Plaintiff's Expert Witness Disclosure | Defendants shall serve expert witness summaries and reports |
| Three (3) Weeks Following Defendant's Expert Witness Disclosure | Parties exchange rebuttal expert witness summaries and reports. Note: These provisions pertaining to expert witnesses do not apply to treating physicians, psychologists or other health providers (if a *Daubert* or *Markman* hearing may be necessary, the parties are to add that as an additional deadline at the bottom of Attachment A). |
| April 2, 2018 | A mediator must be selected |
| Six (6) Months Following Ruling on Motions to Dismiss | All discovery, including expert discovery, shall be completed. |
| Seven (7) Months Following Ruling on Motions to Dismiss | All summary judgment, *Daubert*, and other dispositive motions must be filed. A **minimum of eight (8) weeks** is required for the Court to review dispositive motions prior to filing of the joint pretrial stipulation. **If no dispositive motions will be filed, clearly note this fact in the Joint Scheduling Report.** |
| May 31, 2018 | Mediation shall be completed. |
| Nine (9) Months Following Ruling on Motions to Dismiss | All Pretrial Motions and Memoranda of Law must be filed. |
| Two (2) Weeks Following Pretrial Motion Deadline | Joint Pretrial Stipulation must be filed. |
| Two (2) Weeks Following Pretrial Motion Deadline | Proposed jury instructions and/or proposed findings of fact and conclusions of law must be filed. |
| Two (2) Weeks Following Pretrial Motion Deadline | Deposition designations must be filed. |
| Two (2) Weeks Following Calendar Call | Beginning of Trial Period |

**DONE AND ORDERED** in Chambers at Miami, Miami-Dade County, Florida this ____ day of September, 2017.

K. MICHAEL MOORE
United States District Judge

<u>Copies Furnished To:</u>
All Counsel of Record