UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:17-cv-22949-KMM

ANDRES GOMEZ,

   Plaintiff,

vs.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
d/b/a Fuddruckers and
www.fuddruckers.com,

   Defendant.

## NOTICE OF SETTLEMENT

Plaintiff Andres Gomez, by and through the undersigned counsel, hereby provides notice that the parties have reached a settlement in principal and will be executing a confidential settlement agreement resolving all claims and matters in this case. Upon the execution of a Confidential Settlement Agreement (and within forty-five (45) days of this Notice), the parties will file a Joint Stipulation For Dismissal with this Court.

Respectfully submitted on this 28th day of September, 2017.

*s/ Scott R. Dinin*
Scott R. Dinin
SCOTT R. DININ P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
Facsimile: (786) 513-7700
Email: inbox@dininlaw.com
*Counsel for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September, 2017, the foregoing **NOTICE OF SETTLEMENT** was filed in the U.S. Court's CM/ECF system and as such, an electronic copy was sent to:

Courtney C. Booth, Esq.
BENESCH, FRIEDLANDER,
COPLAN& ARONOFF LLP
333 West Wacker Drive, Suite 1900
Chicago, Illinois 60606
Email: cbooth@beneschlaw.com

Mark Schellhase, Esq.
GRAY ROBINSON
Mizner Park Office Tower
225 N.E. Mizner Blvd., Suite 500
Boca Raton, Florida 33432
Email: mark.schellhase@gray-robinson.com
*Counsel for Defendant*

*s/ Scott R. Dinin*

2