UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 1:17-cv-22949-KMM

ANDRES GOMEZ,

    Plaintiff,

vs.

LUBY'S FUDDRUCKERS RESTAURANTS, LLC
d/b/a Fuddruckers and
www.fuddruckers.com,

    Defendant.

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own attorneys' fees, costs and expenses.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Mark Schellhase* |
| Scott R. Dinin, Esq. | Mark Schellhase, Esq. |
| SCOTT R. DININ, P.A. | GRAY ROBINSON |
| 4200 NW 7th Avenue | Mizner Park Office Tower |
| Miami, Florida 33127 | 225 N.E. Mizner Blvd., Suite 500 |
| Tel: (786) 431-1333 | Boca Raton, Florida 33432 |
| Fax: (786) 513-7700 | Tel: (561) 368-3808 |
| E-mail: inbox@dininlaw.com | Fax: (561) 368-4008 |
| *Counsel for Plaintiff* | Email: mark.schellhase@gray-robinson.com |
| | *Counsel for Defendant* |